ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorneys
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3749
     Facsimile: (213) 894-0142
     timothy.searight@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CV 11-00145-VAP |
| | **(ED CR 03-00084-VAP-1)** |
| Plaintiff, | |
| | ORDER |
| v. | |
| RODRICK REED, | |
| Defendant. | |

It is hereby ordered that the government's response to defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set-aside or reduce sentence is due on or before June 30, 2011. Any reply is due on August 1, 2011.

IT IS SO ORDERED.

DATED: May 25, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge