Ian Wallach (SB237849)
Law Office of Ian Wallach, PC
5777 West Century Boulevard, Suite 750
Los Angeles, CA 90045
T: (213) 375-0000  F: (213) 402-5516
iwallach@wallachlegal.com

Attorneys for Defendant
Roderick C. Reed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODRICK C. REED,<br><br>    Defendant. | Case No. EDCR 03-00084-VAP-1<br>DECLARATION OF IAN WALLACH, EXHIBITS |

I, Ian Wallach, hereby state and swear as follows:

1. I am counsel to defendant Rodrick Cardale Reed in this matter.
2. Attached hereto as "Exhibit A" is a true and correct copy of the Disclosure Letter from the Probation Department dated December 12, 2005, filed separately under seal.
3. Attached hereto as "Exhibit B" is a true and correct copy of BOP Re-Entry Plan - Progress Report for Rodrick Reed dated March 18, 2021.
4. Attached hereto as "Exhibit C" is a true and correct copy of the Administrative Request for Compassionate Release and the subsequent denial by the BOP dated October 6, 2020.

DECLARATION OF IAN WALLACH, EXHIBITS - 1

5. Attached hereto as "Exhibit D" is a true and correct copy of the Transcript of the Sentencing Hearing which was held on January 17, 2006. There are some markings on the transcript as the only way to obtain a copy was through the defendant himself. On April 8, 2021, the undersigned counsel received an email from Court Reporter Phyllis Preston, stating that she no longer has the transcript from the sentencing hearing.

6. Attached hereto as "Exhibit E" is a true and correct copy of Rodrick Reed's letter to the Court dated May 19, 2021.

7. Attached hereto as "Exhibit F" is a true and correct copy of a letter addressed to the Court from Gerald Jarrett.

8. Attached hereto as "Exhibit G" is a true and correct copy of a letter addressed to the Court from Alphelious Rooks dated April 10, 2021.

9. Attached hereto as "Exhibit H" is a true and correct copy a letter of support from Christopher Turner.

10. Attached hereto as "Exhibit I" is a true and correct copy a letter of support from Gerald Smith dated April 1, 2021.

11. Attached hereto as "Exhibit J" is a true and correct copy of the Inmate Education Data Transcript for Rodirick Reed dated May 3, 2021.

12. Attached hereto as "Exhibit K" are true and correct copies of certificates of merit received by Rodrick Reed at USP Atwater.

13. Attached hereto as "Exhibit L" is a true and correct copy of a letter of support from Nidrick Reed dated May 4, 2021.

14. Attached hereto as "Exhibit M" is a true and correct copy of a letter of support from Kathy Jones.

15. Attached hereto as "Exhibit N" is a true and correct copy of a letter of support from Ezell Hall.

16. Attached hereto as "Exhibit O" is a true and correct copy of a letter of support from Rodrick Reed, dated May 8, 2021.

17. Attached hereto as "Exhibit P" is a true and correct copy of a letter of support from Tristan Brooks, dated May 12, 2021.

18. Attached hereto as "Exhibit Q" is a true and correct copy of a letter of support from Barbara Govan dated May 6, 2021.

19. Attached hereto as "Exhibit R" is a true and correct copy of a letter of support from Traniel Brooks dated May 14, 2021.

20. Attached hereto as "Exhibit S" is a true and correct copy of a letter of support from Virgie Lawton Brooks dated May 4, 2021.

21. Attached hereto as "Exhibit T" is a true and correct copy of a letter dated May 11, 2021 from Lew Hall Maintenance Inc/Lewhall Post Construction Cleanup.

Sworn To This 20th Day of May, 2021 _____-s-_____
                                                                      Ian Wallach

DECLARATION OF IAN WALLACH, EXHIBITS - 3