# Exhibit B



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REED, RODRICK CARDALE   03846-112

SEQUENCE: 00230126
Report Date: 03-18-2021



| | |
|---|---|
| Facility: ATW ATWATER USP | Custody Level: IN |
| Name: REED, RODRICK CARDALE | Security Level: HIGH |
| Register No.: 03846-112 | Proj. Rel Date: UNKNOWN |
| Quarters: D44-226L | Release Method: LIFE |
| Age: 52 | DNA Status: ATW02079 / 06-14-2011 |
| Date of Birth: | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846,841(A)(1)(B)(1)(A) ATTMPT TO MANUFCTR, CTM & PWITD PCP 18:2,371 & 26:5861 A/A, CONSP TO POSSESS SILENCER | LIFE |

Date Sentence Computation Began: 01-17-2006
Sentencing District: CALIFORNIA, CENTRAL DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 0 | Years: 17 Months: 4 Days: | + 811   JC  - 0   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

Reed has been programming to prepare for potential future release. He plans to enroll in the Residential Reentry Program and/or Challenge Program to further prepare for release to the community.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | REC AM | RECREATION AM | 08-26-2020 |
| ATW | REC OFFCL | RECREATION OFFICIAL | 08-26-2020 |

### Work Assignment Summary

Reed has acquired skills in recreational activities via coaching, organizing, and teaching. Furthermore, he has acquired skills in outdoor/indoor maintenance, food prep/cook, and laundry commercial services.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | ESL HAS | ENGLISH PROFICIENT | 05-03-2006 |
| ATW | GED EN | ENROLL GED NON-PROMOTABLE | 05-03-2006 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATW | C | R6-BEG ACRYLIC PAINTING USP | 12-21-2019 | 03-07-2020 |
| ATW | C | R6-SOCCER OFFICIAL CLASS USP | 11-17-2019 | 12-02-2019 |
| ATW | C | R6-BASKETBALL OFFICIATING USP | 11-17-2019 | 12-02-2019 |
| ATW | C | R6-HANDBALL OFFICAL CLASS USP | 11-17-2019 | 12-02-2019 |
| ATW | C | R6-VOLLEYBALL OFFICIAL USP | 11-17-2019 | 12-02-2019 |
| ATW | C | R6-SOFTBALL OFFICIAL CLASS USP | 11-17-2019 | 12-02-2019 |
| ATW | C | R1-DIABETES USP | 04-22-2018 | 06-11-2018 |
| ATW | C | VICTIM AWARENESS PGM | 02-06-2017 | 02-06-2017 |
| ATW | C | R6-DRAWING 1 CLASS USP | 07-09-2016 | 09-24-2016 |
| ATW | C | ACE PRINCIPLES OF MARKETING | 06-04-2013 | 07-09-2013 |
| ATW | C | ACE TAX PREPARATION PRINCIPLES | 03-07-2013 | 05-23-2013 |
| ATW | C | ACE BASIC MATH 1 | 03-13-2013 | 05-23-2013 |
| ATW | C | AEORIBIC EXERCISE THEORY | 09-03-2012 | 10-30-2012 |
| ATW | C | BEGINNERS GUITAR CLASS USP | 06-07-2012 | 07-26-2012 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REED, RODRICK CARDALE   03846-112

SEQUENCE: 00230126
Report Date: 03-18-2021

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATW | C | ADVANCED SPANISH | 03-30-2009 | 06-16-2009 |

### Education Information Summary
Reed is currently enrolled in GED courses. He continues to program and complete educational courses while at USP Atwater.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 02-14-2017 | 397 : PHONE ABUSE - NO CIRCUMVENTION |

### Discipline Summary
Since Reed's initial incarceration, he has only received one incident report in 2017 for Phone Abuse.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 08-26-2020 | CURRENT |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 02-18-2020 | 08-26-2020 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 06-23-2010 | 02-18-2020 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 03-26-2009 | 06-23-2010 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 04-28-2008 | 03-26-2009 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 02-20-2008 | 04-28-2008 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 08-02-2007 | 02-20-2008 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 06-14-2007 | 08-02-2007 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 05-21-2007 | 06-14-2007 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 03-28-2007 | 05-21-2007 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 02-15-2007 | 03-28-2007 |
| ATW | A-DES | OTHER AUTH ABSENCE RETURN | 08-14-2006 | 02-15-2007 |
| ATW | A-DES | US DISTRICT COURT COMMITMENT | 03-21-2006 | 08-14-2006 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-21-2006 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-19-2011 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-06-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-29-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-29-2006 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CHG FAIL W | CHALLENGE FAIL-WITHDRAWAL | 06-13-2008 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 04-01-2006 |

### Physical and Mental Health Summary
Reed is considered to be healthy individual for a Care Level 1 yard.

### FRP Payment Plan
Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 03-09-2009 |
|---|---|---|---|
| Inmate Decision: | AGREED | $100.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

### Financial Obligations



| | Summary Reentry Plan - Progress Report | SEQUENCE: 00230126 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 03-18-2021 |
| | Plan is for inmate: REED, RODRICK CARDALE   03846-112 | |

Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

Reed has completed and fulfilled his financial obligation to the courts.

### Release Planning

Upon his release, he has a plan to reside in Long Beach, California with his Aunt, Monica Fletcher. He has employment security in Maintenance with his Cousin, Dupree Haul whom owns his own business in Los Angeles County.

### General Comments

Reed is considered a model inmate at USP Atwater. He is a hard worker with excellent evaluations and strives to prepare for his potential release even though he currently has a life sentence. He has excellent rapport with staff and inmates and has great inmate reputation at USP Atwater. He has been at USP Atwater since 2006.



| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00230126 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 03-18-2021 |
| | Plan is for inmate: REED, RODRICK CARDALE   03846-112 | |

```
        Name:  REED, RODRICK CARDALE
Register Num:  03846-112
         Age:  52
Date of Birth: 12-26-1968
  DNA Status:  ATW02079 / 06-14-2011
```

_____
Inmate   (REED, RODRICK CARDALE, Register Num: 03846-112)

      3-19-21
_____
Date

_____        _____
Chairperson                       Case Manager

   3-19-21                              3-19-21
_____        _____
Date                              Date