# Exhibit C

**U.S. DEPARTMENT OF JUSTICE**  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: REED, C. Rodrick    03846-112    4-A    ATW
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** I would like to be considered for compassionate release pursuant to the First Step Act of 2018 under 18 U.S.C. 3582 (c)(1)(A). Because my prior conviction use to enhance my sentence under 21 U.S.C. 851 dose not qualify as a serious drug felony, in violation of 18 U.S.C. 3559. Upon release home address will be 5583 Cerritos Ave. Long Beach CA. 90805. My work address will be MCW High Performance 1205 North Long Beach Blvd. Compton CA. 90221

9,10,20
DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1048119-F1

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)
FPI-PEPR

Administrative Remedy Number: 1048119-F1

___

Part B - Response

This is in response to your Request for Administrative Remedy, received in this office on September 21, 2020, wherein you request to make a motion for a Sentence Reduction in light of the First Step Act on the grounds that your prior conviction was used to enhance your sentence.

As your request for Compassionate Release is based principally on your belief that you were sentenced excessively for your crime(s), you should consult with an attorney. Any request to shorten your sentence will need to be addressed through other judicial appeals.

The Bureau of Prisons (BOP) did review your request for a Reduction in Sentence based on the Section 7 Factors enumerated in Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g). The nature and circumstances of your offense include Conspiracy to Manufacture, to Aid and Abet the Manufacture of and To Possess with Intent to Distribute PCP and Conspiracy to Possess Silencers. You have a prior conviction for Possession of Cocaine for Sale. Your institutional adjustment is considered good. You have a disciplinary report. A review of your personal history in your Presentence Investigative Report, revealed you are not married and have three children. You were committed to the custody of the BOP on October 29, 2003. You have served 17 years. You are currently 51 years old and you were approximately 24 years old at the time you committed these offenses. You state you will reside at 5583 Cerritos Avenue in Long Beach, California. You have a Low risk of recidivism under the First Step Act Pattern Score. You have been sentenced to Life, releasing you prior would greatly minimize the severity of the offense.

The Bureau of Prisons has considered the above factors and determined your release would pose a danger to the safety of others or the community.

Based on the aforementioned information, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. You have twenty (20) calendar days from the date of this response to affect your appeal.

_____          _10-6-2020_____
A. Ciolli, Warden                 Date