# Exhibit F

Gerald Jarrett

███████████████

████████████

████████████████████

To The Honorable Virginia A. Phillips

U.S. District Court Judge

Central District of California

To: Honorable Judge Phillips

In Re: Rodrick Reed

Case No. 5:03-cr-00084

   I am writing you to express my support for Mr. Rodrick Reed, who is currently serving a life sentence at the United States Penitentiary in Atwater, California. I met Mr. Reed in 2008 at the United States Penitentiary. At the time we were both serving life sentences. We met at the Education Department through mutual friends discussing law. Immediately upon meeting Mr. Reed, I knew that I had met a good man. Someone who wasn't engaged in the mundane activities that prison has to offer. He was firm in his stance in seeking his freedom to reunite with his family.

   I received a life sentence at the age of 22 years old. When I encountered Mr. Reed, he always gave me inspiration, hope and advice in staying focus and not letting the situation at hand get the best of me. He was always there, not just for me, but others. Always, I mean always giving us advice in staying out of trouble and sharing stories of those he knew had made it in society. Painting portraits for me to see myself on the other side of the wall. Where it all counts at.

On a daily basis Mr. Reed was always helpful. At his job in the laundry. After work, in the law library, either working on his case, or pointing others in the direction to get assistance from others that had critical insight about legal matters.

Mr. Reed inspired me to obtain my Paralegal Certificate from Blackstone. I did that while I was incarcerated. He started reaching out to his contacts trying to see if I could gain employment upon my release. Constantly telling me that I could work in the legal arena and help others that needed critical assistance. Always being a source of inspiration. Mr. Reed is like a big brother to me. He has exemplified a keen interest in giving back to society. Working with the youth to shed light on the other side of the neighborhood so that they avoid the pitfalls we fell in. Mr. Reed is the one to connect the dots in his community. He loves his community and I honestly believe that his wisdom would be truly valued. I valued it and I've witnessed countless others hold his wisdom in high regard.

Mr. Reed has expressed remorse and regret in his past actions. I have seen the tear in his eyes as he has witnessed his sons grow from boys to men without the presence of their father. And yet he still tries his best to issue the best counseling he can behind tons of concrete.

Mr. Reed has truly inspired me to remain out of trouble. I have been out of prison nearly two years now. I'm set to be married this summer. I just obtained my C.D.L.'s from U.S. Trucking here in Michigan and I have a job at Universal Trucking. I'm also assisting community members in filing organizational documents to start their own business. Making ownership a reality so that young men and women can see the dream that Mr. Reed painted in my mind when I was incarcerated.

When considering Mr. Reed's petition, please note that his advice and guidance gave me a Second Chance. Please note the age that we took part in the crimes we committed. And please note that men can change and can do better in society than prison. Mr. Reed's life story would be such a valuable asset to Families Against Mandatory Minimums and other organizations in

Southern California and the people they serve. I am positive that Mr. Reed can become a valuable pillar to our society. I'm sure that he will.

   Thank you for your time and patience in reading my words. I can be reached at the address and telephone number above.

                                        Truly Yours,

                                        Gerald Jarrett

Case 5:03-cr-00084-VAP   Document 1841-7   Filed 05/21/21   Page 4 of 6   Page ID #:5375



# Blackstone Career Institute
*Est. 1890*

### Awards this Certificate in
## Paralegal
### with Distinction upon
## Gerald Jarrett

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is Given this 5th day of October 2011

_President_

Valerie L. Behrle B.S., M.Ed.
_Director of Education_

