# Exhibit G

April 10, 2021

Alphelious Rocks

Dear Honorable Judge,

I met Rodderick Reed in 2012 at Atwater Federal Prison. During the years I spent at Atwater, Mr. Reed Mentored me and assisted me during the most difficult times in my Life. Prior to my incarceration I struggled with addiction. Mr. Reed encouraged me to seek treatment, and to enroll in Drug Education. When I started using drugs in Prison Mr Reed encouraged me to participate in the non-residential drug program. He also talked to me daily and he always helped me find solutions to the internal struggles I was dealing with. Because of Mr. Reed's compassion and assistance I have been sober since 2016. Since my release he has continued to give me advice that has helped me with my transition back to society.

During the years I was incarcerated at Atwater with Mr. Reed I observed him mentoring other inmates, especially the younger inmates who were associated with gangs. He always talked to them about the negative aspects of the gang culture and tried to

point them in the direction of pursing their education and finding their spirituality. Mr. Reed was considered one of the most trustworthy inmate among the inmates and staff alike. He is a positive influence and a source of encouragement for many inmates at the most difficult times of their lives. He has definetely been a positive role model for me and other younger inmates by encouraging our educational activities and self improvements. His commitment to my success didn't stop upon my release. He constantly sends me information on starting my own business, on staying focused, but most importantly he talks to me about my fears and frustrations during my transition back to society. His words and wisdom has kept me grounded and focused. I truly believe from my observation and from my own experiences that Mr Reed will be a contributing member of society and an asset to those who need a positive influence in their life. Thank you for allowing me to share how Mr. Reed positively affected my life.

Very Truly Yours

Alphelius Rawls