# Exhibit H

 Gmail

**Kathleen Caulfield <kathy.theparalegal@gmail.com>**

---

## RODERICK REED
1 message

---

**Chris Turner** <84christurner@gmail.com>                                    Wed, May 12, 2021 at 11:53 PM
To: kathy.theparalegal@gmail.com

My name is Chris Turner I spent almost 26 years in a host of prisons throughout the Federal Bureau of Prisons.

The reason why I am writing this letter is to give a fair and real assessment of the person [RODERICK REED] whom I came to know well over the past 13 years while serving time in some of the toughest prisons in America.

Sometime in the fall of 1984, I was arrested and wrongfully convicted of one the most heinous crimes in the history of Washington DC (Catherine Fuller Murder) despite graduating from high school and staying active in the community. This unfortunate turn of events is what led to the friendship I would form with Mr. Reed.

While at the United States Penitentiary in Atwater, California, I watched and observed the good, genuine nature of Roderick Reed aka Boulevard take on the growth and development of a high quality individual in so many aspects of everyday prison life. He always tried to encourage younger guys and even his seniors to do the right thing. Whether you were playing basketball or football or arguing over the telephone or TV and tempers got really hot it would be Boulevard and myself in the middle of these heated moments asking the men to think this through and why this stuff is not that serious or worth the hardship and headaches that often follow such melees. I have so much respect for him as a person and human being because he would try to intervene with a cool head and share his measure of wisdom and calm demeanor, even when the prison guards didn't want to stop certain behavior from getting out of control. It didn't matter what state or what part of the country you were from or nationality of origin Mr. Reed would treat you fair and encourage others to be respectful of one another. He is the reason that I put in a request to enroll in the Honor Program and Challenge Unit at the USP in Atwater when everyone else tried to convince me that it was all a waste of time and energy. Even my Case Manager didn't think it would be a good idea to change Unit Teams at the time but it turned out to be one of the best decisions I ever made and it totally changed my mindset completely and helped prepare me to lead a pro social lifestyle.

Currently, I am a member of the Executive Board of the Mid Atlantic Innocence Project (MAIP) and Executive Board Member with Free Minds Book Club, as well as Exoneree Board Member with Healing Justice (Nation's only Restorative Justice Organization). In addition, I currently work (2) jobs and provide a host of men and women second chance opportunities to make the most and lead a pro social lifestyle, with my MANDELA Project who just partnered with A Place To Call Home (both in the DC area and Baltimore). We had the honor to team up with the Greater Washington Urban League and help provide over 500 backpacks for A Back To School launch and feed the community with over seven thousand pounds of food. We give clothes, shoes, and assistance to men and women returning back to the community as well as helping combat homelessness. I only share these things with this honorable court that may know that these are the programs of Mr. Reed's heart that he wants to come out here and pursue with our many conversations. Our biggest and greatest joy is that we fly under the radar of the many organizations doing similar work because credit and praise are not what we seek in this stage of our lives, we just want to see the results of change. I have no doubt if given the opportunity Roderick Reed aka Boulevard would be during the same. Please, note that I would be willing to testify under oath to all the contents of this letter. I have had the honor of speaking to law students across this country in a host of colleges and Universities sharing my story (which can be seen on Netflix Confess Tapes Episode 5) that has made so many angry and upset that I don't appear bitter and upset when speaking to Law Enforcement Agencies, Attorneys, City Council Members, etc. But my message is a simple one, and that is not about what I lost or missed out on in those years but about what's ahead of me to gain. I've met some good people and built some incredible friendships because of my experience and Roderick Reed is one of them.

Respectfully submitted,

Chris Turner