# Exhibit I

4-1-21

To whom it may concern I'm writing on the be-half of "Rodrick Reed"! from the first day I was introduced to him he had this caring demeanor with him and over the 10+ years I've known him that demeanor has never changed regardless of who you were, (Black, white, young old or whatever state/city you were from) his demeanor toward that person never changed! He mentor me and the youth in here to __Facilitate__ in vocational training programs so we could learn skills for lawful employment, to keep them off the streets and away from crime. he pushed guys towards programming, while challenging them to think beyond gang mentality and low-self activities which are detrimental and wasteful. He always stressed with me the need to build your mind and body daily, the need to find a balance the importance of growth he provided me with the tools (books) to concentrate my energy and efforts on the positive things in life to feed my soul. like I said before at the start of this letter I've only knew "Rodrick" now only for these last 10+ years, so I cant speak how he was as a person on the streets before his incarceration, but what I can say about the person I see before me today is a Man-of high character that will be an "Asset" to his "family/friends and Community"!

-Thank You-
Gerald Smith #20086-016
P.O. Box 19001/USP
Atwater Ca. 95301