# Exhibit J

```
ATWI7            *        INMATE EDUCATION DATA        *   05-03-2021
PAGE 001 OF 001  *            TRANSCRIPT               *   11:11:44

REGISTER NO: 03846-112   NAME..: REED                FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: ATW-ATWATER USP

--------------------------  EDUCATION INFORMATION  -------------------------
                                          START DATE/TIME  STOP DATE/TIME
FACL ASSIGNMENT DESCRIPTION
ATW  ESL HAS    ENGLISH PROFICIENT        05-03-2006 1534  CURRENT
ATW  GED EN     ENROLL GED NON-PROMOTABLE 05-03-2006 1534  CURRENT

---------------------------  EDUCATION COURSES  ---------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
ATW       R6-CBT FOR GAMBLING            04-02-2021  04-02-2021  P   C  P   20
ATW       R6-BEG ACRYLIC PAINTING USP    12-21-2019  03-07-2020  P   C  P   12
ATW       R6-SOCCER OFFICIAL CLASS USP   11-17-2019  12-02-2019  P   C  P    6
ATW       R6-BASKETBALL OFFICIATING USP  11-17-2019  12-02-2019  P   C  P    6
ATW       R6-HANDBALL OFFICAL CLASS USP  11-17-2019  12-02-2019  P   C  P    6
ATW       R6-VOLLEYBALL OFFICIAL USP     11-17-2019  12-02-2019  P   C  P    6
ATW       R6-SOFTBALL OFFICIAL CLASS USP 11-17-2019  12-02-2019  P   C  P    6
ATW       R1-DIABETES USP                04-22-2018  06-11-2018  P   C  P    8
ATW       VICTIM AWARENESS PGM           02-06-2017  02-06-2017  P   C  P    6
ATW       R6-DRAWING 1 CLASS USP         07-09-2016  09-24-2016  P   C  P   12
ATW       ACE PRINCIPLES OF MARKETING    06-04-2013  07-09-2013  P   C  P    5
ATW       ACE TAX PREPARATION PRINCIPLES 03-07-2013  05-23-2013  P   C  P    8
ATW       ACE BASIC MATH 1               03-13-2013  05-23-2013  P   C  P    8
ATW       AEORIBIC EXERCISE THEORY       09-03-2012  10-30-2012  P   C  P   12
ATW       BEGINNERS GUITAR CLASS USP     06-07-2012  07-26-2012  P   C  P   24
ATW       ADVANCED SPANISH               03-30-2009  06-16-2009  P   C  P   10




G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

K-2

```
ATWI7   531.01   *              INMATE HISTORY              *    05-03-2021
PAGE 001 OF 001  *                WRK DETAIL                *    11:12:32

REG NO..: 03846-112  NAME....: REED, RODRICK CARDALE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME  STOP   DATE/TIME
ATW    REC AM      RECREATION AM              08-26-2020 0950  CURRENT
ATW    REC OFFCL   RECREATION OFFICIAL        08-26-2020 0950  CURRENT
ATW    REC OFFCL   RECREATION OFFICIAL        02-18-2020 1000  08-26-2020 0723
ATW    REC AM      RECREATION AM              02-18-2020 1000  08-26-2020 0723
ATW    REC OFFCL   RECREATION OFFICIAL        07-08-2019 1010  02-18-2020 0735
ATW    REC AM      RECREATION AM              07-09-2019 0001  02-18-2020 0735
ATW    COMPOUND 1  COMPOUND 1                 11-03-2016 1140  07-09-2019 0001
ATW    REC OFFCL   RECREATION OFFICIAL        08-01-2014 1700  05-16-2019 1216
ATW    LAUNDRY     LAUNDRY WORKER             03-03-2014 0742  11-03-2016 1140
ATW    6B ORD      UNIT 6B ORDERLY            06-23-2010 1206  03-03-2014 0742
ATW    6B ORD      UNIT 6B ORDERLY            06-04-2009 1925  06-23-2010 0620
ATW    4A ORD      UNIT 4A ORDERLY            05-04-2009 0834  06-04-2009 1925
ATW    6B ORD      UNIT 6B ORDERLY            04-20-2009 1002  05-04-2009 0834
ATW    4A ORD      UNIT 4A ORDERLY            03-26-2009 1500  04-20-2009 1002
ATW    4A ORD      UNIT 4A ORDERLY            11-05-2008 0849  03-26-2009 1400
ATW    A&O COMPLT  A&O COMPLETE               09-19-2008 0850  11-05-2008 0849
ATW    4B ORD      UNIT 4B ORDERLY            05-22-2008 1548  09-19-2008 0850
ATW    CODE PART   CODE PROGRAM               05-14-2008 0001  06-14-2008 0001
ATW    FOOD SVC 6  FOOD SVC, SHIFT 6          04-28-2008 0910  05-22-2008 1548
ATW    FOOD SVC 6  FOOD SVC, SHIFT 6          02-20-2008 0944  04-28-2008 0721
ATW    FOOD SVC 6  FOOD SVC, SHIFT 6          10-01-2007 1159  02-20-2008 0633
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          08-02-2007 0938  10-01-2007 1159
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          06-14-2007 1200  08-02-2007 0827
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          05-21-2007 1335  06-14-2007 1021
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          03-28-2007 1205  05-21-2007 1247
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          02-15-2007 1628  03-28-2007 0730
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          08-14-2006 1451  02-15-2007 1415
ATW    FOOD SVC 3  FOOD SVC, SHIFT 3          06-01-2006 0001  08-14-2006 1357
ATW    A&O COMPLT  A&O COMPLETE               05-05-2006 0001  06-01-2006 0001
ATW    W A&O       WEST SIDE A&O              03-22-2006 1016  05-05-2006 0001
ATW    SHU UNASSG  SHU UNASSIGNED             03-21-2006 1400  03-22-2006 1016
VIP    1A UNASSG   1A UNASSIGNED              03-20-2006 1920  03-21-2006 0800
LOS    UNASSG      NOT ASSIGNED TO WORK DETAIL 01-14-2004 1351 07-08-2005 0816
LOS    A&O         ADMISSION & ORIENTATION    01-14-2004 1005  01-14-2004 1351
LOS    A&O         ADMISSION & ORIENTATION    10-29-2003 1826  10-30-2003 1943
LOS    A&O         ADMISSION & ORIENTATION    07-22-1994 2009  08-18-1994 2347




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

K - 3