# Exhibit K

# Certificate of Achievement

This certifies that

## RODRICK CARDALE REED

has satisfactorily completed

## VICTIM AWARENESS/IMPACT

Consisting of __6__ Hours of Training

This certificate is hereby issued this __6TH__ day of __FEB.__, 20__17__

02/06/2017

R. CERRATO
Case Manager
USP Atwater

K - 4

# Certificate of Completion

This certifies that

## Rodrick Reed

has satisfactorily completed

### *Parenting*

Consisting of 5 hours of parent education.

This certificate is hereby issued this 28th day of May, 2013.

_R. Bell for_
M. Chavez, Supervisor of Education

_Z. Niland_
Z. Niland, Education Specialist

K-5

# Certificate of Completion

This certifies that

# Rodrick Reed

has satisfactorily completed

*Basic Math 1*

Consisting of 8 hours of adult continuing education.

This certificate is hereby issued this 28th day of May, 2013.

M. Chavez, Supervisor of Education

Z. Niland, Education Specialist

K-6

# Certificate of Completion

This certifies that

## Rodrick Reed

has satisfactorily completed

### Income Tax Preparation

Consisting of 8 hours of adult continuing education.

This certificate is hereby issued this 28th day of May, 2013.

_____
M. Chavez, Supervisor of Education

_____
Z. Niland, Education Specialist

K-7

# Certificate of Completion

This certifies that

## Rodrick Reed

has satisfactorily completed

*Marketing*

Consisting of 5 hours of adult continuing education.

This certificate is hereby issued this 12th day of July, 2013.

_____  _____
M. Chavez, Supervisor of Education  Niland, Education Specialist

K-8

"I WAS IN PRISON AND YOU VISITED ME"
Matthew 25:36



# Certificate

This is to certify that

**Roderick Reed**
Name

Has completed

## The Kairos Inside Weekend Program

USP Atwater Kairos #6 – May 17-20, 2012
Date



Weekend Leader

K-9

# Certificate of Completion

## R. Reed

This is to certify that the above listed individual has successfully completed the USP Atwater Beginning Guitar Class.

S. Caes, Supervisor of Recreation

F. Aguilar, Recreation Specialist

K - 10

# Certificate of Achievement

This Certifies that

## R. REED

Has satisfactorily completed

## VIOLENCE PREVENTION

Congratulations on completing this phase of the "Challenge Program" at USP Atwater

March 17, 2008

*A. Linsenmeyer*
A. Linsenmeyer
Challenge Treatment Specialist

K - 11

# ACHIEVEMENT AWARD



*Presented to:*

# R. REED





THIS CERTIFICATE IS TO RECOGNIZE THE ABOVE AS A CHAMPION IN U.S.P ATWATER'S 35 & OVER BASKETBALL LEAGUE.



_____  _____
SUPERVISOR OF RECREATION    RECREATION SPECIALIST

K - 12

# Certificate of Achievement

This certifies that

**Rodrick Reed**

has satisfactorily completed

**Advanced Spanish**

Consisting of __10__ Hours of Training

This certificate is hereby issued this __3rd__ day of __July__, 20__09__



_____
Mr. Chavez, Supervisor of Education

_____
Mr. Inderbitzen, ACE Coordinator

K - 13

# U.S.P ATWATER RECREATION

## AEROBIC THEORY STEP (Advance)

# CERTIFICATE OF COMPLETION

## R. Reed

THE ABOVE IS RECOGNIZED FOR SUCCESSFUL COMPLETION OF U.S.P ATWATER'S ADVANCED STEP AEROBICS AND AEROBIC THEORY. THE ABOVE HAS DEMONSTRATED THE WILL AND ABILITY TO STAY AND/OR BECOME MORE PHYSICALLY/MENTALLY FIT.

J. SCHROER RECREATION SPECIALIST U.S.P ATWATER

K - 14

# CERTIFICATE OF ACHIEVEMENT

awarded to:

*Rodrick Reed*

for the successful completion of the

**Turning Point Module: Gambling in Prison**

at USP Atwater on this 29th day of March, 2021

A. Llamas, Psy.D.
**Staff Psychologist**

K-15