# Exhibit L

Ni-Drick Reed



May 4, 2021

Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse
350 West First Street
Los Angeles, CA 90012

Dear Judge Phillips,

I am writing you in regards to my father Rodrick Reed inmate # 03846-112. I want to start this letter off by saying thank you for taking my dad's release into consideration. It means the world to me and my family and really gives me so much hope. I also want to say thank you for taking the time to read this and take my words into consideration.

Today I am 21 years old.  I was 4 years old when my father went to jail.  I don't remember too much from back then except that my dad was gone and then my mom died too.  I saw my dad a few times at the jail.  And then he was gone far away and I could only talk to him on the phone.

Obviously growing up without my father is very hard. But I was lucky.  I was brought up by really good people.   My brother and I were officially adopted by Kathy and James Peach who basically were our grandparents.  Their daughter, Barbara is married to my dad's Uncle James and they were our parents growing up. I know that my dad had a part in choosing these people to raise us. My brother and I were always loved.  James and Barbara made sure we attended good schools and took our studies seriously.  But I always missed my dad. I wanted him to come home and everyone kept telling me, "next year."  So when I was in middle school I went on the computer and looked up information about my dad.  That's when I saw he was serving a life sentence.  I was really angry.  I felt betrayed. "Why didn't anyone tell me?"  So that's one of the times we went to see my dad at Atwater, so I could ask him all the questions and tell him how mad I was.

I love my dad very much.  I was thinking a lot about things before the visit date.  I decided I didn't want to waste the time I was going to have with that day, because our time together is precious and short.  So I changed the way I was thinking.  I didn't go up there all mad.  It turned into one of my best memories. It was so great to be able to have a long talk and laugh with him. Our phone calls are almost always rushed because he is not allowed very many minutes on the phone during

L - 2

the month and I have other siblings and family members that he also calls. But that day was really special.

That was right about the time I got my own cell phone so my dad could call me directly.  He doesn't have unlimited time for making phone calls but he always stays in touch with me.  Before I got my own phone, my brother and I would each get to talk to him when he would call Barbara.  My dad and I always have good talks and he gives me good advice, especially as I got older.  He tells me to always keep my cool and not to let my anger get the best of me.  He tells me that it is important to stay away from the wrong crowd and I should work to do big things and create my own legacy.  Most importantly he tells me that I must stand by my word and be honest and loyal no matter the consequences.  Basically what I am trying to say is that he has always encouraged me to do things the right way. He doesn't want me to end up where he is and he never stops reminding me to stay on a good path.

I used to see a therapist, too.  I have a lot of memories of things from when I was really young, even before my dad went away.  I remember playing with him, my brother and my older step-brother, Ni-Quan.  I have memories of a motor bike we weren't supposed to touch but we did. I remember my dad being in handcuffs and me not being able to give me a hug. I wondered how I could remember things from when I was so little.  The therapist told me that it is not unusual to have all these memories when you have lived through really traumatic events.  I even remember the day that the police came to our house and arrested my dad.  And I remember the day my mom died, too.

I graduated from high school in 2018 with somewhere around 290 credits.  I did well in chemistry, math and physics.  In my senior year I took mostly AP courses and electives.  When I first graduated I wasn't sure what I wanted to do.  I was mentored in a music program and I worked some warehouse jobs.  I thought about moving up to the Chico area to live near my dad and I was going to enroll in the fire academy.  My dad kept emphasizing to me that I needed to either choose a career or be in school.  I didn't feel like I wanted to be in school right now and my dad helped me decide to get the training to work in the oil refineries.  He even called some people he knew who work in that field and they helped direct me to the right schooling and union membership.  I finished my schooling right before the Covid pandemic.  Right now I work as a safety attendant.  I am on the list to start classes for working on the pipelines, doing welding and things.  The industry slowed down during the pandemic but since January of this year things are picking up again.  And it was my dad who has always been the one encouraging me. When he tells me how proud he is of the things I have done, it makes me feel really good.

I hope to be able to spend time with dad outside the prison walls some day.  I expect that my opinion about the good person my dad is today is not very convincing to a person like yourself because you know I am his son and I love him no matter what.  But I have seen my dad change and grow in such inspiring ways over the years. He's very spiritual now. He's even vegetarian!

L - 3

Whatever he did many years ago, I believe they are mistakes he will not repeat. I want to have time with my dad and for him to be a grandfather to my future children.

Yours truly,

Ni-Drick Reed

Rodrick, Dad and Ni-Drick, Atwater visit





Graduation 2018: Ni-Drick with Grandpa

L - 4