# Exhibit M



May 9th, 2021

Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse
350 West First Street
Los Angeles, CA 90012

Dear Judge Philips:

I met Rodrick more than 38 years ago in the city of Compton CA.  I am thankful that life gave us an opportunity to change. Not all of our friends, or relatives made it out. Although Rodrick is not my blood relative, I always called him my little brother. We were always in the same circle around some of the same people, but as you grow you move on into other things.  I left the neighborhood, but not my friend. When I heard he had been sent to prison my heart broke.

After serving 18 years Rodrick has shown great transformation, I talk to him once or twice a month, about everything. His kids, my kids, our purpose on earth and what we can do together to bring change in the community we grew up in. Every year since 2015 on my birthday, my husband asks what I want to do and every year, for the past 5 years I have said let us take that road trip and visit Rodrick. (photo attached)

Rodrick talks about mentoring programs for the youth.  Mentoring the youth is the only way real change is going to happen in the surrounding cities we grew up in. I told him his ideas would be perfect for our non-profit. Heart2Heart4youinc. which was established back in 2013. My heart for inner city children was heavy, and I wanted to help anyway I could. I know shoes are a big part of children's life, so we began donating new shoes to the schools in our local community. We have now been going strong for 8 years. Rod was excited about this program, and we at Heart2Heart are excited to extend our service to make it happen.  When we talk, we both are excited about our future working together on this new change a life project.

An early release would allow Rodrick an opportunity to spend quality time with his three sons, as well as give back to his community. His sons call me auntie, I attended his son Rodrick's graduation back in 2019. That was a true blessing. Back in 2017, when Ni-Drick was going through a rough spell, Rodrick asked me to reach out to him. After our conversation he called me once a week and thanked me for taking time to talk with him. I challenge both boys to reach high for the stars and that nothing is impossible if they believe.

Rod has the character and capacity to do great things for his community and surrounding communities as well. When Rodrick completes his time served and rehabilitative time, He will be welcomed with open arms to Heart2Heart, a non-profit organization which supports, homeless, inner city, foster children, ex-prisoners in our community. I have secured him a seat on the board upon his release. Heart2Heart will also connect Rodrick with other community based, grass roots organizations which will be instrumental in helping him regain a foothold in society.

In conclusion, I want to earnestly emphasize that the changes in Rodrick Reed's perspective and attitude are real.  He has been serving a life sentence with no real hope of re-entering society.  But through it all, he has done everything possible to be a positive influence in the lives of people he can touch, especially his boys.  The community we came from needs help from people like us who have survived so that the next generation can avoid the pitfalls and grand scale mistakes we made.  Rodrick Reed is one of those people that will be able to make a real difference, if he is given a second chance at life outside of prison.

Asking Your Honor to take into consideration the early release of my dear friend Rodrick Reed #03846-112.

Heart2Heart is a catalyst for helping people. You can go to www.heart2heart4you.org to see some of the work we do and the changes we make happen. Attached are a few photos from our events.

Sincerely,
Kathy Jones
CEO
Heart2Heart4youinc

Back to school giveaway 2018





93rd st. school classroom with their new shoes



Lakers Youth Night Out – 2017



Me, Rodrick and my husband at Atwater visit