# Exhibit N

Ezell Hall III

May 9, 2021

The Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse
350 West First Street
Los Angeles, CA 90012

Dear Judge Philips:

Rodrick Reed and I grew up together in Compton. We are not blood relatives but in my heart he is my God-brother, my cousin. We weren't angels growing up and we are lucky to be alive and to have a chance to change into responsible citizens. I got out of prison myself in 2007 and I have never looked back. I started working with my brother in his business and learned everything I could. When he closed his business I took over his clients and just kept growing my own business. Today I normally have 9 full time sub-contractors and sometimes employ as many as 20 part time subcontractors. We are licensed and bonded and well known in our area.

I stay in touch with Rodrick. We talk on the phone and I have visited him twice at Atwater. I would visit him more often if it weren't such a long trip.

When he was young, Rodrick was reckless and didn't think things through. He was always talking crazy. But today he is different. He has changed a whole lot for the better. He is mature and understands things. I tell him that I glad to see you talking like you do. He is not angry or bitter. He talks positive and it looks good on him. He talks about wanting to work if he ever gets the chance to come out of prison. When we visit, we talk about what it would be like. We talk about restoring old cars for a hobby. But most of all, he wants to be with his kids. He can't make up for the times he hasn't been there, but he can be a part of their lives going forward.

His kids were really young when Rodrick went away but they never stopped being the most important thing in his life. I remember one time a few years back when I visited him he was real worried about his son, Ni-Drick. It seemed that he had started hanging around with the wrong people and Rodrick found out about it. He begged me to go and talk to him, which I did. I told

Ni-Drick all the things I knew his dad was telling him. I told him that the company you keep can hurt you even if you don't participate in the things they do. I told him, you don't want to go down that road. It was a worrisome time for everyone, but Ni-Drick got a lot of good advice and turned things back around. His Uncle James was worried too, and thanked me for talking to him, but it was really Rodrick, watching out for his boys.

There are a lot of people who would be happy to welcome Rodrick back into the real world and I would be leading the cheers. The world will be a better place if he is outside here with us.

Sincerely,

EZELL HALL