# Exhibit O

May 8, 2021

Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse/
350 West First Street
Los Angeles, CA 90012

Dear Judge Phillips:

I am Rodrick Cardell Reed the middle son of Rodrick Reed #03846-112 currently housed in the Federal Prison in Atwater, California. At 20 years old, I have faint memories of my parents as a toddler. After my dad was arrested in October of 2003, my mother died in December of the same year.

My brother Nidrick and I initially lived with our dad's eldest sister who was not consistent in her treatment or care of us. After noticing fearful behavior and observing me making gang gestures during a visit, my dad contacted my Uncle James and Aunt Barbara requesting they take custody and adopt us.

After a lengthy process and under the advice of our assigned attorney, we were eventually adopted by Aunt Barbara's mother and step-father. The home James and Kathy Peach (grandpa and grandma) provided was loving, structured and without lack. They were invested in our education and enjoyed every accomplishment and milestone. After convincing grandpa we wanted to spend more than weekends with Auntie and Uncle, he relented and allowed us to move with them approximately two years after the adoption.

Despite the distance from my dad, I have always maintained a relationship through telephone calls, letters and emails. He is always included in our wins and has encouraging words when we need to be reminded of our potential. Our visits have provided the time for me to see and speak to him directly gaining insight into his character. His love for me is evident and I love hearing his voice and memories of my mother.

My dad's encouragement and the supportive system he created for me allowed me to thrive in high school. I started and was president of the Robotics Club in high school where I built and repaired drones. In my senior year, the school made robotics an elective course and I tutored my peers during class. I was also able to attain my unmanned pilot's license through the FAA.

Currently, I work as a college tutor at my former high school and I'm a Sophomore at Norco Community College in Norco (RCC) where I study Business. I plan on attending Cal Poly Pomona or California State University, San Bernardino upon my completion this semester.

My ultimate goal is to own and operate a drone repair and flight business specializing in building security and monitoring. Because of my dad's decision, I have been placed in a position where positive role models are around me daily. I realize to accomplish anything great I will have to work as my grandparents, aunts, uncles and strong support team do daily. I am determined to avoid shortcuts and believe I will benefit from my strong work ethic.

I appreciate you considering my dad's release and believe he has served the time necessary to alter his decision making. He has matured and despite being so far away, he always has a great attitude whether in person or on the telephone. I truly believe he will be a better grandfather to our children because of the time he has spent away from his.

Since he has never been a mean or violent man, I can only see him contributing to our aging family and appreciating this second chance with all of us. I could never see him returning to prison and only pray you see his growth and accomplishments.

Sincerely,

Rodrick Reed

Rodrick Reed



**Rodrick Cardell Reed**


