# Exhibit P

Tristan Brooks


May 12, 2021

The Honorable Virginia A. Phillips
First Street Courthouse
350 West First Street
Los Angeles, CA 90012

Dear Judge Philips:

My name is Tristan Brooks.  I am the youngest son of Rodrick Reed.  I was born after he went to jail, so I have never known him outside of prison.   Someday I would like to have a chance to spend time with him outside of the prison or to have long phone calls with him without a recording that says the call is coming from a federal prison.  You might think that we don't have any kind of a father son relationship because he is in prison, but that's not true.  He's always been in my life encouraging me, giving me advice and making sure that I spend time with my brothers.  He tells me to stay away from people who are doing bad things or part of a gang.  He tells me to believe in my dreams and follow them.  I am going to graduate from high school next month and I am taking business courses at Cerritos Community College.  I like going with my cousin to the fashion district in downtown Los Angeles to buy clothes for her business.

Sincerely,

TRISTAN BROOKS

Me and my brothers, Rodrick and Nidrick

