# Exhibit Q

May 6, 2021

Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse/
350 West First Street
Los Angeles, CA 90012

Dear Judge Phillips:

I have known the Govan/Reed family for nearly 43 years through dating and eventually marrying LaVernis James Govan in 1983. I have cherished memories of all of my husband's nieces and nephews
as small children, adults and eventually parents. I always knew Rodrick Cardell Reed #03846-112 was my husband's favorite (although he denies having a favorite). The laughing and joking they displayed when together was infectious and it was evident they loved each other.

I was present when Rodrick was sentenced and attempted to wrap my head around his extreme sentence when no violence was present. In my 28 years with the California Youth Authority and 2 years with Children and Family Services, I had an intimate look on the impact drugs had in the crimes committed, lives lost and hurdles young men and children face due to the choices of their parents. Based on the career I selected, I could never minimize Rodrick's actions or the potential impact on our society. I appreciate the opportunity to have his sentence reviewed/considered for review under this process.

Although, Rodrick was always a good child, he seemed to struggle in school and eventually stopped attending. Actually, there were so many children being raised in the home, I do not believe education or a higher education was ever a priority.

Rodrick was raised by his grandparents in Compton, California with the remainder of his siblings. He never knew his father and his mother was not present in the home or involved in his upbringing. I remember love, laughter, great food, prayer and trust being in abundance in their home and enjoyed being a part of their family.

Despite being raised in a loving household, Rodrick began seeking relationships outside his home. He remained respectful but his days were spent with minimal accountability or accomplishment. During this time it is believed he was groomed by older individuals who may have encouraged his participation in activities not legal but acceptable in his immediate community.

In 2003, when Rodrick was detained and his girlfriend Nicole died suddenly, he requested James and I retrieve his children from his sister. Ultimately, the children were placed in foster care with my mother and step father who eventually were encouraged to adopt them (this was not a difficult decision since they were in love the minute they arrived). Rodrick has maintained communication with the boy's whether they were with my parents or with me and James. He has always been interested in their activities and maintains a keen interest in the education accomplishments.

Despite not being physically present, if he is on the phone, email or in person visit; the interaction with the boys and their dad is remarkable. He is patient, loving and each time he appears in awe of their growth and accomplishments. The boys are caring, intelligent and extremely family oriented. The choice he made for their care was an extreme sacrifice and I believe it extended the life expectancy of my parents. I saw for myself how children keep you young and engaged.

Nidrick and Rodrick have both graduated from high school. While Nidrick has elected to work, Rodrick will continue his education in business at a University this fall. Their social friends are appropriate and they encourage each other to make correct decisions.

Where Nidrick was probably more impacted by the absence of his parents, Rodrick was younger and appears more able to move forward since his current life is all he remembers. Nidrick still spends too much on fireworks (as his father did) and appreciates clothing (like his mother). They are both quick witted and enjoy laughing, movies, family gatherings and travel.

Rodrick has taken advantage of the opportunities available to him while incarcerated. He reads and stays current on social events impacting our state and country. He has watched his children grow into men without him and accepts them for who they are and constantly nurtures their growth through advice or just a listening ear. During our visits, Rodrick would spend time with all of us and then give each son time for more personal conversations. He would consistently encourage them to do well in high school, attain their driver's license and achieve every milestone as teenagers. The boy's enjoyed and looked forward to our visitation day. It was amazing watching him with Nidrick and Rodrick because we've always believed they would have an open and honest relationship with their father. It was also heart wrenching watching knowing how much he regrets and has missed during his incarceration.

While Rodrick has been away, it is obvious he has missed out on a tremendous amount of family events and deaths. Although, we can only live with the hand we have, he is positive and optimistic about his return to society. It is my belief he has not only grown up, matured but also taken stock in his wins and losses. It is my opinion from our discussions, his past is just that and he has no desire to resume where he left off. He is at a different stage in life and actually a perfect stage to introduce the new him back into society.

If Rodrick is successful with this request, he is welcome to live in our home in Fontana, California. We have four bedrooms and two bathrooms and plenty of space for him to live and adjust comfortably. In addition, we would provide the structure, love and accountability necessary for a successful reentry into society after 18 years. It is our desire to have him returned to our family in order to

contribute to society, his children and our family directly. He is a good man who made bad choices with limited options and a horrible outcome. We believe he will use those years as motivation to avoid negative influences and situations in order to experience his children's continued growth first hand.

Sincerely,

Barbara Govan