# Exhibit R

Case 5:03-cr-00084-VAP   Document 1841-19   Filed 05/21/21   Page 1 of 2   Page ID #:5424

**Traniel Brooks**



May 14, 2021

Dear Judge Philips:

    I am writing this letter in support of Rodrick Reed and his motion to lower his sentence.

    I was charged in the same case with Rodrick and served five years in prison. I had three children at home and was 9 months pregnant with Rodrick's child when I was arrested. I paid a high price for the serious mistakes I made back then. But people change. Since I was released from prison, I have led an upstanding life. I have raised my children, I work several jobs and I have been in a stable and loving relationship since 2007.

    Even though Rodrick Reed has been in prison all these years, he has been an important and positive influence on our son, Tristan. Rodrick always cared about family and my three older children still miss him even though they are grown. I can tell that Rodrick is no longer the crazy guy that you sentenced so many years ago. It is a big help to have him involved in Tristan's life. Teen years are difficult but I am proud that Tristan is graduating from high school and has stayed away from bad influences. And Rodrick has helped with that more than you know.

    I think you can feel sure that Rodrick Reed is not interested in the life that put him in prison. If I did not believe this, you can be sure I would have blocked my son from contact with his father.

Sincerely,

Traniel Brooks