# Exhibit S

# Virgie Lawton Brooks

May 4, 2021

The Honorable Virginia A. Phillips
U.S. District Judge
First Street Courthouse
350 West First Street
Los Angeles, CA 90012

Dear Judge Philips:

    I am the grandmother of Rodrick's son, Tristan and the mother of Traniel Brooks who you may remember was a co defendant in the same case. Traniel pled guilty and received a sentence of 5 years. Traniel was 9 months pregnant with Rodrick Reeds's child when she was arrested on this case; she delivered Tristan while she was in custody and I became Tristan's guardian when he was two days old.

    I am happy to tell you that Traniel is doing real well ever since she was released from prison. She has never been in trouble again. I was taking care of Tristan and Traniel's three older children while she was in prison. After she came home, she took them to live with her. I took an early retirement to help raise my grandchildren because my other daughter died a couple of years before Trainel was released from prison. I took over raising her five children so for a while I had 9 kids in the house.

    I have known Rodrick since about 1995. We have continued in contact during the whole time he has been serving his life sentence. In addition to contact via mail, e mail and phone calls, Tristan and I have visited Rodrick at Atwater Prison three times. Tristan knows his father loves him and is always watching out for him. He enjoys their conversations on the phone and liked to go to visit him at Atwater before they stopped having visits. Family has always been important to Rodrick, so he made sure that Tristan and Nidrick and Rodrick spent lots of good family time together.

    Today Tristan is 17 years old. He will be graduating soon. He is starting to work so that he has money for his personal expenses. He works with his cousin's company, Allure Essentials, an on line clothing company.

I have been a witness to Rodrick's journey through life for 26 years. I think a lot of people, including Your Honor, would be surprised to see the positive attitude he has maintained through the hard years of incarceration. He has done a lot of thinking and his ideas on life have changed a lot. The prison where he is serving his time is a high security prison and there have been many times that the whole prison is locked down and phone calls and visits are canceled. But through it all, Rodrick has kept a positive attitude and the most important thing for Rodrick through all of these years has been to stay in contact with his children and family members and to encourage them to make better decisions than the ones he made.

I am proud of the young man that Tristan is growing up to become. I am proud of my daughter, Traniel, and how she has moved forward with her life. And I am proud and happy to see the changes and maturity in Rodrick. I am thankful for the positive influence that has been for Tristan despite the fact that he has been in prison all these years. I pray for a day when he will be able to re join society outside the prison.

Sincerely,


VIRGIE LAWSON BROOKS