# Exhibit T

 **Lewhall Maintenance Inc./Lewhall Post Construction Cleanup** 1543 E. Palmdale Blvd. Suite H, Palmdale, CA 93550  Mailing Address: 7765 Pearblossom Highway, #355, Littlerock, Ca 93543 (661) 209-2811 Business Office,  Email: lewhalls1@gmail.com, Website:www.LewhallMaintenance.com

For:  Rodrick Reed

Re: Employment

Date: May 11, 2021

To the Honorable Virginia A Phillips,

Lewhall Maintenance Inc/Lewhall Post Construction Cleanup, verifies that upon Mr.Reed's release into society, We are offering him a position in our company. He will be gainfully employed full time and Mr.Reed will be hired on as a Laborer performing duties such as lath and stucco, rebar, painting, and pressure washing. He will work 40 hours a week, with a starting wage of $15.00/hr with the opportunity to earn a raise after his completion of our 90 day employment probationary period. Lewhall Post Construction Cleanup Inc was established in 2010. We are licensed through the CSLB currently holding classification D63/C21 and are insured through Liberty Insurance Company and bonded through Tailored Insurance Services Inc.

Best Regards,

**Lewhall Maintenance Inc./Lewhall Post Construction Cleanup**

Ms.Mona Lisa James- Administrative Secretary

661-718-7683