Ian Wallach (SB237849)
Law Office of Ian Wallach, PC
5777 West Century Boulevard, Suite 750
Los Angeles, CA 90045
T: (213) 375-0000  F: (213) 402-5516
iwallach@wallachlegal.com

Attorneys for Defendant
Roderick C. Reed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br> RODRICK C. REED,<br><br>  Defendant. | Case No. EDCR 03-00084-VAP-1<br><br>DECLARATION OF KATHLEEN CAULFIELD, EXHIBITS |

I, Kathleen Caulfield, declare:

1. I am the court appointed paralegal who is assisting the attorney, Ian Wallach, with the collection of documents and other tasks in the above entitled action.

2. I have spoken by telephone on several occasions with Mr. Reed over the last six weeks, including a 48 minute phone call on May 8th and another 27 minute call on May 10, 2021.  I have also communicated with him via the corrlinks email system and have received documents, including

DECLARATION OF KATHLEEN CAULFIELD, EXHIBITS - 1

copies of memoranda from the warden to the inmates at Atwater, from him through the U.S. Mail. He has informed me of the following facts:

a. Visitation at Atwater was suspended at the beginning of the pandemic in approximately February 2020.

b. On March 5, 2020, the inmates were informed that visits would begin again with new restrictions, including that the visits would be only one hour. A true and correct of a Memorandum to inmates from the Office of the Captain, USP Atwater, dated March 5, 2020 is attached hereto as "EXHIBIT A".

c. Then, on April 1, 2020, the Director of the BOP placed all inmates on lockdown for 14 days. A true and correct of a Memorandum to inmates from the Director of the BOP, dated April 8, 2020 is attached hereto as "EXHIBIT B".

d. Box lunch meals consisting of sandwiches were provided to the inmates in their cells.

e. Commissary was suspended as well as showers and access to the phones.

f. After the first 14 days, showers were allowed every 4 days. After one month, essential workers were moved to a special unit and the inmates started receiving hot meals.

g. Basically all activities were suspended. Plans were to allow the resumption of recreational activities (basketball, volleyball, handball and soccer) starting on May 10, 2021.

h. Mr. Reed explained that some of the restrictions were relaxed in November, 2020, albeit for short periods of time. Each tier was

DECLARATION OF KATHLEEN CAULFIELD, EXHIBITS - 2

allowed approximately 45 minutes a day to shower, use the phones and send emails.

i. Unfortunately, soon thereafter most of the inmates began to experience symptoms of Covid-19, including Mr. Reed. He explained that all he could do was stay in his cell, propped up on his bed, as it was very difficult to breathe. He states that he lost his sense of smell. He also stated that he felt like he was smelling cigarette smoke—like someone was blowing cigarette smoke in his face.

j. On December 18, 2020 a memorandum was sent to the inmates advising that a number of inmates were displaying symptoms of Covid-19, and as a result all units were placed on quarantine again. A true and correct of a Memorandum to inmates from the Office of the Captain, USP Atwater, dated December 18, 2020 is attached hereto as "EXHIBIT C".

k. Mr. Reed tested positive for Covid-19 on December 21, 2020. A true and correct of a lab report from Quest Diagnostics, dated December 27, 2020 is attached hereto as "EXHIBIT D".

3. The medical reports received from USP Atwater indicate that as of January, 2021, Mr. Reed no longer presented with symptoms of Covid. Mr. Reed states that his sense of smell has not returned and he still "smells cigarette smoke" all the time. He also states that he feels winded after walking short distances and as a result he does not expect to be able to participate in recreational activities.

a. Mr. Reed states that he has been prescribed nasal spray which he uses in the morning and in the evening every day, due to a chronic problem

DECLARATION OF KATHLEEN CAULFIELD, EXHIBITS - 3

that affects his breathing.  The medical reports state that he suffers from chronic rhinitis.  Mr. Reed also states that he was diagnosed with high blood pressure in August 2020 and prescribed medication which he is taking. A true and correct of selected BOP medical reports are attached hereto as "EXHIBIT E".

4. Mr. Reed also stated that he had requested to be vaccinated on six occasions but was told that Atwater had limited doses available.  On Monday, May 17, 2021, he received his first dose of the Pfizer vaccine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2021, at Los Angeles, California.



_____/s/_____

Kathleen Caulfield

DECLARATION OF KATHLEEN CAULFIELD, EXHIBITS - 4