# Exhibit A



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

Office of the Captain

United States Penitentiary
Atwater, California.

March 5, 2020

MEMORANDUM FOR DEWAYNE HENDRIX, WARDEN

FROM:       A. Briceno, Captain

SUBJECT:    Social Visits

In an effort to resume social visiting for the inmate population and to stay within the guidance of the National Phase Nine Action Plan, the following procedures will be implemented.

In an effort to allow as many inmates the opportunity to visit, all visits will be a maximum of one (1) hour. Scheduled dates and times will be listed below. Additionally, inmates will be allowed to visit two times per month. It will be the inmate's responsibility to coordinate with the people on his visiting list who will visit him.

All visitors will be COVID-19 symptom screened and have their temperature checked when they enter the Front Lobby area. Any visitor who is sick or symptomatic will not be allowed entrance into the institution. All visitors will be required to wear an appropriate facial covering when entering the Front Lobby area.

All normal visiting procedures to enter the institution will be adhered to for the visitor, to include being tested with the ION machine. Staff will wear a facial covering and gloves when handling any visitor property. Gloves will be changed frequently.

All visitors and inmates will be required to wear facial coverings for the duration of their visit. Inmates and visitors will be required to perform hand hygiene prior to and after their visit.

There will be no food or beverages allowed in the visiting room. Visitors will not be allowed to purchase food or beverages from the

SCAGGS, LEONARD 95358198

vending machines inside the visiting room.

There will be no physical contact of any kind allowed during the inmates visit. This includes any embrace or kiss at the beginning or end of their visit, or any holding hands or touching of any kind throughout the visit. A minimum distance of six (6) feet will be adhered to.

Photographs will not be taken of the visitor and the inmate. This is based upon the inability to socially distance themselves.

Inmates on visiting restriction will not be allowed to visit nor will special visits be granted.

No inmate in quarantine or isolation will be allowed to social visit.

At the completion of visiting, all visiting areas, sally-ports, Front Lobby areas will be sanitized.

**USP ATWATER:** All visiting will be conducted in the non-contact visiting area located inside the Visiting Room. There are four (4) non-contact visiting rooms which will be utilized. Visiting will be conducted on the following days weekly: Sunday, Monday, Thursday, Friday & Saturday. To limit potential COVID exposure, and to ensure visiting is conducted as a cohort, the following schedule will be utilized:

|           | Sunday | Monday | Thursday | Friday | Saturday |
|-----------|--------|--------|----------|--------|----------|
| East Side | 6A     | 6B     | SHU      | 4A     | 4B       |
| West Side | 2A     | RHU    | 1B       | 5A     | 2B       |

When social visiting begins, we will begin with the East Side of the institution, then rotate to the West Side of the institution the following week. The sides rotate each week beginning on Sunday. By assigning units to set days of the week, it will allow for easier scheduling of visits for the inmates and their families.

In an effort to ensure as many inmates can visit during their assigned visiting day and to maintain sanitation between visits, the following hours of visiting will be used:

- 8:30 a.m. - 9:30 a.m.
- 9:45 a.m. - 10:45 a.m.
- 11:00 a.m. - 12:00 p.m.
- 12:15 p.m. - 1:15 p.m.
- 1:30 p.m. - 2:30 p.m.

The fifteen (15) minute gap in-between each visiting period will be

SCAGGS, LEONARD 95358198

utilized to clean and sanitize chairs and other high touchable surfaces. This will also allow time for visitors to be escorted out and into the institution between visits.

**SCP ATWATER:** All visits will be conducted in the visiting room. The outside visiting area will be closed. Social distancing between visitors and inmates will be enforced. Reminders of no touching, etc. will be made inside the Visiting Room.

To ensure six (6) feet of social distancing, chairs will be set up prior to the start of visiting. Areas will be tapped off on the visiting floor indicating where the chairs are to be maintained. There will be no tables placed in-between the chairs as no food or drinks are allowed in the visiting room.

Due to the amount of space inside the visiting room, the number of visitors allowed to visit any inmate will be limited to four.

A maximum of seven (7) inmates will be allowed inside the visiting room to visit at any given time.

Visits will be limited to weekends and holidays. Each inmate will be allowed 2 social visits per month. A sign up list with dates and times will be made available for the inmates to sign up for visits. The sign-up sheet will be placed inside the dorm area well in advanced of the visiting days so the inmates can coordinate with their visitor the date and time they are allowed to visit.

The visiting hours will consist of the following time frames:

- 8:30 a.m. – 10:30 a.m.
- 10:50 a.m. – 12:50 a.m.
- 1:10 p.m. – 3:10 p.m.

This schedule will allow enough time in between time slots to clean and sanitize the visiting room and to process in new visitors.

SCAGGS, LEONARD 95358198