# Exhibit C



U.S. Department of Justice

Federal Bureau of Prisons

Office of the Captain

United States Penitentiary
Atwater, California.

December 18, 2020

MEMORANDUM FOR USP ATWATER INMATE POPULATION

FROM: A. Briceno, Captain

SUBJECT: Institution Operations

In the Last 24 hrs we have had several inmates display signs and/or test positive for the COVID-9 virus in multiple areas throughout the institution. In an effort to stop the spread of the virus, we have placed all units on quarantine. In addition, we have begun symptom and temperature checks of all inmates in the institution. We ask that if you are having any symptoms, now is the time to let medical staff know. All movement will cease with the exception of showers and phone calls. Shower and phone calls will be limited to 5 minutes each, allowing all inmates the opportunity to call or email family members. Sanitation procedures will take place between each inmate usage.

All visiting is cancelled at this time. Commissary sales will be limited to $50 and be brought to your unit.

Any failure to abide in this directive will result in further restrictive movements.

| Out of Cell Time | Mon | Tues | Wed | Thur | Fri |
|---|---|---|---|---|---|
| 5:30 am | Breakfast Passed Out ||||||
| 6:00-10:30 | Shower | | Showers | | Showers |
| 10:30-10:45am | Lunch Passed Out |||||
| 10:45-3:00 pm | Showers | | Showers | | Showers |
| 3:30 pm | Count & Dinner Passed Out |||||
| 4:00-8:30 pm | Phone | | Phone | | Phone |
| 8:30-9:15 pm | Orderlies Out to Clean & Disinfect Unit & Showers |||||

| Out of Cell Time | Sun | Sat |
|---|---|---|
| Breakfast Passed Out | | |
| 6:00-6:45 am | | |
| Count & Lunch Passed Out | | |
| 10:00 am | | |
| Count & Dinner Passed Out | | |
| 3:30 pm | | |