# Exhibit D



Report Status: Final

REED, RODRICK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **REED, RODRICK**<br>**AGE: 51**<br>Gender: M<br>Phone: 209.386.0257<br>Patient ID: 03846-112<br>Health ID: 8573026159991400 | Specimen: SA495205B<br>Requisition: 0001127<br><br>Collected: 12/21/2020<br>Received: 12/25/2020 / 01:23 PST<br>Reported: 12/27/2020 / 13:52 PST | Client #: 95301209   MAIL0001<br>USP ATWATER<br>1 FEDERAL WAY<br>ATWATER, CA 95301-5174 |

## SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | TXC |
| **SARS CoV 2 RNA** | **DETECTED** | | |

A Detected result is considered a positive test result for COVID-19. This indicates that RNA from SARS-CoV-2 (formerly 2019-nCoV) was detected, and the patient is infected with the virus and presumed to be contagious. If requested by public health authority, specimen will be sent for additional testing.

REFERENCE RANGE: NOT DETECTED

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/ Covid-19/HCP/QuestLDT/fact-sheet https://www.questdiagnostics.com/home/ Covid-19/Patients/QuestLDT/fact-sheet.html

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

```
Methodology:   Nucleic Acid Amplification Test
               (NAAT) includes RT-PCR or TMA
```

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19

Physician Comments:

**PERFORMING SITE:**

TXC   QUEST DIAGNOSTICS INFECTIOUS DISEASE, INC, 33608 ORTEGA HIGHWAY BLD B-WEST WING, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: HOLLIS J BATTERMAN,MD, CLIA: 05D0644251