# Exhibit E

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | REED, RODRICK CARDALE | | | Reg #: | 03846-112 |
| Date of Birth: | [redacted] | Sex: M | Race: BLACK | Facility: | ATW |
| Note Date: | 01/04/2021 06:37 | Provider: | Giron, Leonardo MD | Unit: | D44 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**    Provider:  Giron, Leonardo MD
        Laboratory Result
        SARS COV 2 RNA - Detected

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Giron, Leonardo MD on 01/04/2021 06:38

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | REED, RODRICK CARDALE | | | Reg #: | 03846-112 |
| Date of Birth: | [redacted] | Sex: M | Race: BLACK | Facility: | ATW |
| Note Date: | 08/13/2020 09:23 | Provider: | Stater, Laura RT | Unit: | D44 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**     Provider:   Stater, Laura RT
        Chest x-ray completed for baseline for newly diagnosed hypertension.

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Stater, Laura RT on 08/13/2020 12:33

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | REED, RODRICK CARDALE | | | | Reg #: | 03846-112 |
| Date of Birth: | | Sex: M | Race: BLACK | | Facility: | ATW |
| Encounter Date: | 08/12/2020 10:29 | Provider: Giron, Leonardo MD | | | Unit: | D44 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    Provider: Giron, Leonardo MD

   Chief Complaint:   PULMONARY/RESPIRATORY

   Subjective:   HYPERTENSION CLINIC. Patient is here for refill of his Nasal Spray for Chronic Allergic Rhinitis. Incidentally, Blood Pressure (BP) is elevated at 162/102 - Right Brachium as well as on the Left Brachium. This BP is associated with bilateral pretibial pitting edema. No complains of headaches, dizziness, blurring of vision, chest pains or shortness of breath. Review of his BP Flow Sheet showed: 190/84 (07/13/2011), 165/100 (01/07/2016), 145/99, 149/95, 152/104. I counseled patient to start taking medication, Hydrochlorothiazide 25 mg daily to be taken every morning. I also counseled patient to cut down his salt and sodium intake and do prolonged walking exercises daily. Monitor BP weekly till stable at <135/85. No new complains.

   Pain:   No

**Seen for clinic(s):** Pulmonary/Respiratory, Hypertension
**Added to clinic(s):** Hypertension

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/12/2020 | 10:38 ATW | 96.0 | 35.6 | | Giron, Leonardo MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/12/2020 | 10:38 | 94 | | | Giron, Leonardo MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/12/2020 | 10:38 ATW | 162/102 | Right Arm | Sitting | Adult-regular | Giron, Leonardo MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/12/2020 | 10:38 ATW | 99 | Room Air | Giron, Leonardo MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/12/2020 | 10:38 ATW | 64.5 | 163.8 | Giron, Leonardo MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/12/2020 | 10:38 ATW | 167.0 | 75.8 | | Giron, Leonardo MD |

**Exam:**
   **Eyes**
      **General**
         Yes: PERRLA, Extraocular Movements Intact
      **Conjunctiva and Sclera**

| | | | |
|---|---|---|---|
| Inmate Name: REED, RODRICK CARDALE | | | Reg #: 03846-112 |
| Date of Birth: | Sex: M | Race: BLACK | Facility: ATW |
| Encounter Date: 08/12/2020 10:29 | Provider: Giron, Leonardo MD | | Unit: D44 |

**Exam:**

No: Icteric

**Nose**

**General**

Yes: Congestion, Inflamed Turbinates

**Mouth**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

**Tibia / Fibula**

Yes: Edema

**ASSESSMENT:**

Chronic rhinitis, J310 - Current

Essential (primary) hypertension, I10 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 08/12/2020 10:29 |

**Prescriber Order:** 25 mg Orally each morning x 365 day(s)

Indication: Essential (primary) hypertension

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 52823-CP1 | Fluticasone Prop 50mcg, 16ml Nasal spry | 08/12/2020 10:29 |

**Prescriber Order:** Spray one puff in each nostril twice daily x 180 day(s)

Indication: Chronic rhinitis

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 10/11/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

Additional Information:

| Inmate Name: | REED, RODRICK CARDALE | | | Reg #: | 03846-112 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ATW |
| Encounter Date: | 08/12/2020 10:29 | Provider: Giron, Leonardo MD | | Unit: | D44 |

Baseline for Newly Diagnosed Hypertension

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-1 View | One Time | | 09/26/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

Baseline for Newly Diagnosed Hypertension

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 10/11/2020 | 10/11/2020 | Routine | No | |

Subtype:
  Onsite Optometry Eval
Reason for Request:
  Baseline Dilated Fundus Examination
Provisional Diagnosis:
  Baseline for Newly Diagnosed Hypertension

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 28 days | OR until BP is stable at <135/85 | Giron, Leonardo MD |
| Order Date: | | 08/12/2020 | | |
| EKG | One Time | | Baseline for Newly Diagnosed Hypertension | Giron, Leonardo MD |
| Order Date: | | 08/12/2020 | | |

Diet Orders:

| Start Date | | | | Expiration Date |
|---|---|---|---|---|
| 08/12/2020 | Sodium Controlled | | | 08/12/2021 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/12/2020 | Counseling | Diagnosis | Giron, Leonardo | Verbalizes Understanding |
| 08/12/2020 | Counseling | New Medication | Giron, Leonardo | Verbalizes Understanding |
| 08/12/2020 | Counseling | Compliance - Treatment | Giron, Leonardo | Verbalizes Understanding |
| 08/12/2020 | Counseling | Diet | Giron, Leonardo | Verbalizes Understanding |
| 08/12/2020 | Counseling | Exercise | Giron, Leonardo | Verbalizes Understanding |
| 08/12/2020 | Counseling | Plan of Care | Giron, Leonardo | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No

| | | | |
|---|---|---|---|
| Inmate Name: REED, RODRICK CARDALE | | Reg #: 03846-112 | |
| Date of Birth: ███ | Sex: M   Race: BLACK | Facility: ATW | |
| Encounter Date: 08/12/2020 10:29 | Provider: Giron, Leonardo MD | Unit: D44 | |

**Telephone/Verbal Order:** No

Completed by Giron, Leonardo MD on 08/12/2020 10:51

# Bureau of Prisons
# Health Services
# Treatments

| | | | | |
|---|---|---|---|---|
| Begin Date: | 03/23/2020 | | End Date: | 03/23/2021 |
| Reg #: | 03846-112 | | Inmate Name: | REED, RODRICK CARDALE |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 08/23/2020 | 13:39 ATW | EKG | Plasencia, Alejandro | Completed |

   Sinus Tachycardia
   Probable Left Atrial Abnormality
   Probable Left Ventricular Hypertrophy
   -Abnormal ECG-
   **Orig Entered:**  08/23/2020 16:41 EST   Plasencia, Alejandro EMT-P

**Total:**  1