1  IAN WALLACH (SBN 237849)
2  THE LAW OFFICES OF IAN WALLACH, P.C.
   5777 West Century Boulevard, Suite 750
3  Los Angeles, California 90045
   E-mail: iwallach@wallachlegal.com
4  Telephone: (213) 375-0000
5  Fax: (213) 402-5516

6
7  Attorneys for Defendant
   RODRICK CARDALE REED

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                  WESTERN DIVISION

12
13                                    Case No: 5:03-cr-00084-VAP USA
14  United States of America
                                      **UNOPPOSED EX PARTE**
15                    Plaintiff,      **APPLICATION FOR AN ORDER**
                                      **SEALING EXHIBIT**
16  v.
17  RODRICK CARDALE REED
18                    Defendant

Defendant Reed, by and through his counsel of record, Law Offices of Ian Wallach, hereby applies *ex parte* for an order directing that Defendant's Exhibit A - copy of the Disclosure Letter from the Probation Department dated December 12, 2005, be lodged under seal.

This *ex parte* application is based upon the Declaration of Ian Wallach, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 21, 2021

_____--s--_____
IAN WALLACH
Attorneys for Defendant,
RODRICK CARDALE REED

## DECLARATION OF IAN WALLACH

I, Ian Wallach, am an attorney duly admitted to practice law in the State of California and am the founder of the Law Offices of Ian Wallach, P.C., and attorney for Defendant Rodrick Cardale Reed ("Mr. Reed") in the above-entitled matter. I make this declaration in support of Mr. Reed's *Ex Parte* Application for an Order to Seal copy of the Disclosure Letter from the Probation Department dated December 12, 2005.

1. For the reasons set forth herein, Mr. Reed seeks to file under seal a true and correct copy of the Disclosure Letter from the Probation Department dated December 12, 2005 – a document that was previously filed under seal.

2. I have spoken with AUSA Timothy Searight and he does not oppose this application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of May 2021, at Los Angeles, California.

_____--s--_____
IAN WALLACH