IAN WALLACH (SBN 237849)
THE LAW OFFICES OF IAN WALLACH, P.C.
5777 West Century Boulevard, Suite 750
Los Angeles, California 90045
E-mail: iwallach@wallachlegal.com
Telephone: (213) 375-0000
Fax: (213) 402-5516

Attorneys for Defendant
RODRICK CARDALE REED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>RODRICK CARDALE REED<br><br>　　　　Defendant | Case No: 5:03-cr-00084-VAP USA<br><br>**[PROPOSED] ORDER RE: UNOPPOSED EX PARTE APPLICATION FOR AN ORDER SEALING EXHIBIT A - DISCLOSURE LETTER** |

1 | Defendant's application for an order sealing copy of the Disclosure Letter from
2 | the Probation Department dated December 12, 2005 submitted in support of the motion
3 | for compassionate release for defendant Rodrick Reed is to be lodged under seal. IT IS
4 | SO ORDERED.
5 | Dated:

                                              _____
                                              HON. VIRGINIA A. PHILIPS
                                              UNITED STATES DISTRICT COURT JUDGE