TRACY D. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (SBN 151387)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3749
     Facsimile: (213) 894-0142
     E-mail: Timothy.Searight@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 03-0084-VAP |
|---|---|
| Plaintiff, | GOVERNMENT UNOPPOSED EX PARTE MOTION TO SEAL PRE-SENTENCE REPORT ATTACHED TO GOVERNMENT RESPONSE |
| v. | |
| RODRICK CARDALE REED, | |
| Defendant. | |

The government, by and through an attorney of record, Assistant United States Attorney Timothy J. Searight, hereby files ex parte a request to place defendant's Pre-Sentence Report, which was attached as an exhibit to the government's response to a motion for re-sentencing and compassionate release in the above-captioned case,

///
///
///
///
///
///

1

under seal.  Defendant's counsel does not object to this request and has indicated that defendant would like the Pre-Sentence Report to be placed under seal.  The government's request is based on the attached memorandum of points and authorities.

Respectfully submitted,

TRACY D. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

Dated: July 2, 2021

      /s/
TIMOTHY J. SEARIGHT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**POINTS AND AUTHORITIES**

On May 20, 2021, defendant Rodrick Cardale Reed ("defendant") filed a motion for re-sentencing and compassionate release. (CR 1841.) On June 22, 2021, the government filed an opposition to defendant's motion. (CR 1854.) The government filed Attachment 1 with the Opposition that included the Pre-Sentence Report ("PSR") for defendant. The government mistakenly believed that defendant previously filed the document on the record in the case. (CR 1854, n. 1.)

On approximately June 28, 2021, government counsel was contacted by telephone by Ian Wallach, Esq., counsel for defendant. Counsel indicated that the PSR was not previously filed on the record. The government reviewed records and confirmed that counsel was correct. The government suggested that the government would file a request to place the attachment under seal, and counsel agreed that it would be appropriate to do so.

Therefore, the government hereby requests that the Attachment to to its Opposition, that is, the attachment to docket entry 1854 in this case, be placed under seal.