```
TRACY D. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (SBN 151387)
Assistant United States Attorney

     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3749
     Facsimile: (213) 894-0142
     E-mail: timothy.searights@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 03-0084-VAP |
|---|---|
| Plaintiff, | [Proposed] ORDER SEALING DOCUMENT |
| v. | |
| RODRICK CARDALE REED, | |
| Defendant. | |

The government having moved <u>ex parte</u>, and without opposition from defendant and with the concurrence of defendant's counsel, Ian Wallach, Esq., it is hereby ordered that the Attachment to the Government's Opposition to Defendant's Motion for Re-Sentencing and Compassionate Release, that is the attachment to docket entry 1854 containing a Pre-Sentence Report, be placed under seal until further order of the Court.

SO ORDERED.

DATED: July __, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge