UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

RTS

quadient
FIRST-CLASS MAIL
IMI
$001.90
08/14/2025 ZIP 90012
043M31268156

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

-R-T-S- 95301500 9-1N 700 08/21/25
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

5:03-cr-0084-KK-24

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 5:03cr00084 Doc: 1908

Rodrick Cardale Reed REG03846-112
US Penitentiary
PO Box 19001
Atwater, CA 95301

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 8/13/2025 at 2:50 PM PDT and filed on 8/12/2025

**Case Name:** USA v. Reed et al

**Case Number:** 5:03-cr-00084-KK

**Filer:**

**Document Number:** 1908

**Docket Text:**

**MINUTES OF Hearing on Petition for Early Termination of Supervised Release [Dkt. 1883] and Ex Parte Application for Early Termination of Supervised Release [Dkt. 1895] held before Judge Kenly Kiya Kato granting [1883] PETITION for Early Termination of Supervised Release Pursuant to 18 U.S.C. 3583(e)(1) as to George Williams (24); granting [1895] EX PARTE APPLICATION for Order for Early Termination of Supervised Release as to George Williams (24). The Court hears oral arguments regarding George Williams' Petition for Early Termination of Supervised Release. Accordingly, the Court GRANTS George Williams' Petition for Early Termination of Supervised Release (dkt. 1883) and Ex Parte Application for Early Termination of Supervised (dkt. 1895). Mr. Williams term of supervision is terminated forthwith. (See document for further information). Court Smart: RV CS/Courtroom Three. (aco)**

**5:03-cr-00084-KK-24 Notice has been electronically mailed to:**

Timothy J Searight caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, timothy.searight@usdoj.gov

Young J. Kim zzcac_fpd_document_receiving@fd.org, isabel_rivera@fd.org, young_kim@fd.org, tanisha_carrillo@fd.org

Marcia J Brewer marciabrewer3@sbcglobal.net

Philip Deitch phildeitchesq@gmail.com

Paul C Horgan pchorgan@gmail.com

Victor Marshall attyvic1@aol.com

Richard M. Steingard rsteingard@steingardlaw.com, richard@steingardlaw.com, awong@steingardlaw.com

Judith Rochlin judith.rochlin@gmail.com

Ingrid V. Eagly eagly@law.ucla.edu

Edward M. Robinson shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Brian A Newman jjnewbee.newman@gmail.com, rtokabe@yahoo.com

Ian Michael Wallach tvena@kaedianllp.com, iwallach@wallachlegal.com

Stephen G Wolfe caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov

Carl K Osborne lawofficesofcarlkosborne@gmail.com, legallaurie8@gmail.com, ckosborne@sbcglobal.net

Anthony Eaglin eaglinlaw@gmail.com

Michael R Belter michaelbelter@yahoo.com

Joseph N. Akrotirianakis mtunson@kslaw.com, lbugni@kslaw.com, jakro@kslaw.com